UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
PENGUIN RANDOM HOUSE LLC; SIMON &
SCHUSTER, INC.; ALAN U. SCHWARTZ, as
trustee of THE TRUMAN CAPOTE LITERARY
TRUST; JOHN SAMPAS as Literary
Representative of THE ESTATE OF JACK
KEROUAC; NANCY BUMP; ANTHONY M. SAMPAS;
JOHN LASH, Executor of THE ESTATE OF
JAN KEROUAC; THE DR. ARTHUR C. CLARKE
TRUST; HEMINGWAY COPYRIGHTS, L.L.C.;
THE PATRICK HEMINGWAY AND CAROL T.
HEMINGWAY REVOCABLE LIVING TRUST; and
THE HEMINGWAY FMAILY TRUST,

    Plaintiffs,

    -v-

FREDERIK COLTING and MELISSA MEDINA,
d/b/a Moppet Books,

    Defendants.
------------------------------------------------x

17 Civ. 386 (JSR)

ORDER



JED S. RAKOFF, U.S.D.J.

The Court has received the parties' status report in which, inter alia, defendants Frederik Colting and Melissa Medina "request a three-week extension of time to secure counsel in order to meaningfully determine the questions presented herein." The Court hereby adjourns the initial pretrial conference in this case until March 7, 2017 at 11:00 A.M. Counsel for the plaintiffs must promptly furnish this Order to the defendants.

    SO ORDERED.

Dated:   New York, NY
         February 14, 2017

                              JED S. RAKOFF, U.S.D.J.

1